UNITED STATES v. LONG BRANCH DISTILLING CO. et al.

(Circuit Court of Appeals, Fifth Circuit. January 28, 1920.)

No. 3398.

APPEAL AND ERROR ⟐123—CASE NOT REVIEWABLE WHERE RECORD FAILS TO SHOW JUDGMENT.

A case in which the record shows the verdict of a jury, but no judgment thereon, is not reviewable on writ of error.

In Error to the District Court of the United States for the Southern District of Florida; Rhydon M. Call, Judge.

Action at law by the United States against the Long Branch Distilling Company and others. From the judgment, the United States brings error. Dismissed.

H. S. Phillips, U. S. Atty., of Tampa, Fla. (Fred Botts, Asst. U. S. Atty., of Jacksonville, Fla., of counsel), for the United States.

N. P. Bryan and L. R. Milton, both of Jacksonville, Fla., for defendants in error.

Before WALKER, Circuit Judge, and GRUBB and CLAYTON, District Judges.

PER CURIAM. The record in this case does not show a judgment which this court is given jurisdiction to review. It shows that a verdict was rendered in favor of the defendants in error, who in the trial court were defendants in an action at law, but does not show that there was judgment on that verdict.

Because of the failure of the record to disclose a judgment subject to be reviewed, the writ of error is dismissed.

⟐For other cases see same topic & KEY-NUMBER in all Key-Numbered Digests & Indexes